UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 2:25mj02 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHEL SERRANO** | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and enters the appearance of its undersigned Assistant United States Attorney in the above-captioned matter.

This 13th day of January 2025.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

**/s/ *Ryan Bondura***
Ryan Bondura
Assistant United States Attorney
SC Bar No. 104079

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
E-mail: ryan.bondura@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 13th day of January 2025.

JILL E. STEINBERG
UNITED STATES ATTORNEY

**/s/ *Ryan Bondura***
Ryan Bondura
Assistant United States Attorney
SC Bar No. 104079

22 Barnard Street, Suite 300
Savannah, GA 31401
Telephone: (912) 652-4422
Email: ryan.bondura@usdoj.gov